# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-4198 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Michael White

_____ as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

James M. Cagle
Name (printed or typed)

304-342-3174
Voice Phone

Cagle Law Office
Firm Name (if applicable)

304-342-0448
Fax Number

1018 Kanawha Blvd, East, Suite 1200

Charleston, WV  25301
Address

caglelaw@aol.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on April 3, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Thomas C. Ryan (WV Bar#9883)
Assistant Unites States Attorney
300 Virginia Street, East
Room 400
Charleston, WV 25301
Email– thomas.ryan@usdoj.gov

Jonathan D. Byrne, Esq.
Appellate Counsel
Room 3400, United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
Email– jonathan_byrne@fd.org

→ See other Sheet for Con't C.O.S.

_Signature_

04-03-2013
Date

11/17/2011
SCC

**Certificate of Service Con't**

Lex A. Coleman, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
Room 3400, United States Courthouse
300 Virginia Street, East
Charleston, WV 25301
Email– lex_coleman@fd.org