**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 18, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4198,    Kim Kinder v. Michael White
                2:12-cr-00221-1

TO:    James McCall Cagle

FILING CORRECTION DUE:  June 21, 2013

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Brief is not text-searchable. Please refile brief as a text-searchable PDF


Donna Lett, Deputy Clerk
804-916-2704